# United States Court of Appeals for the Fifth Circuit

No. 22-40169
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 22, 2022

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Lester Earl Anderson, Jr.,

*Defendant—Appellant*.

─────────────────

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:21-CR-7-1

─────────────────

Before Davis, Duncan, and Engelhardt, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Lester Earl Anderson, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Anderson has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

─────────────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-40169

issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.